# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**BLADIMIR BERMUDEZ MORALES**  Case No. **16-01483-EAG**

Chapter 13    Attorney Name:  **ROBERTO FIGUEROA CARRASQUILLO***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [ ]Present | [X] Absent | |
| Joint Debtor | [ ]Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

Date & Time:  4/28/2016  1:49:00PM

[X] R   [ ] NR   LV:

[X] This is debtor(s) 2 Bankruptcy filing.

Creditors:

**Banco Popular de P.R. by Mrs. Doris Vilches**

**II. Oath Administered**
   [ ] Yes        [X] No

---

**III. Plan**

Date:  02/27/2016        Base:    $38,100.00    Payments 1 made out of 1 due.

Confirmation Hearing Date:    5/13/2016  3:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**

  $3,000.00  -  $190.00   =  $2,810.00

---

**IV. Status of Meeting**

[ ] Closed      [ ] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:   5/26/2016  8:00:00AM

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear:  [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**BLADIMIR BERMUDEZ MORALES**  Case No. **16-01483-EAG**

Chapter 13  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[X] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br>[ ] Tax returns missing<br>　[ ] State  - years<br><br>　[ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>　[ ] Premises<br>　[ ] Vehicle(s):<br>[ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**BLADIMIR BERMUDEZ MORALES**       Case No.    **16-01483-EAG**

     **Chapter 13**      Attorney Name:    **ROBERTO FIGUEROA CARRASQUILLO***

Trustee's objection to confirmation

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 3**

**Disp. Income under 1325(b)(2):**

Counsel is present. Debtor is absent. This is the second meeting of creditors in this case.
Counsel informs that the debtor recently informed him that he could not be present since he is sick. Medical certificate will be provided to Trustee.

================================================================

Note: Debtor's DBA: BERMUDEZ & ASOCIADOS

1) Plan does not provide for insurance with Eastern American as per Insurance quote submitted.

2) Plan is insufficiently funded to pay priority creditors.

Note: Debtor expects to receive social security benefits in May 2016 as listed in schedule "I" line 13.

Note: Step-up on plan is to commence on May 2016. Debtor is reminded that schedules "I" and "J" need to be amended
accordingly.
The following party(ies) object(s) confirmation:

**s/Pedro R Medina**      Date:    04/28/2016

**Trustee/Presiding Officer**      (Rev. 05/13)